**FOURTH DIVISION**
**DOYLE, C. J.,**
**MILLER, P. J., and DILLARD, P. J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 14, 2016**

# In the Court of Appeals of Georgia

A14A1770. REGENT v. THE STATE.

MILLER, Presiding Judge.

In *Regent v. State*, 299 Ga. 172 (787 SE2d 217) (2016), the Supreme Court of Georgia reversed the judgment of this Court in Division 1 of *Regent v. State*, 333 Ga. App. 350 (774 SE2d 213) (2015), in which this Court affirmed the denial of Regent's motion to merge his convictions for aggravated battery and aggravated assault. Consequently, we vacate Division 1 of our opinion in *Regent*, supra, 333 Ga. App. at 215, and in its place adopt the judgment of the Supreme Court as our own.

The Supreme Court of Georgia did not address or consider Division 2 of our earlier opinion, in which we vacated the banishment provision in Regent's sentencing order, and remanded this case to the trial court for the purpose of resentencing Regent on that provision. Because Division 2 is consistent with the Supreme Court's opinion,

that division becomes binding upon the return of the remittitur. *Shadix v. Carroll County*, 274 Ga. 560, 563 (1) (554 SE2d 465) (2001).

*Judgment reversed in part, and case remanded. Doyle, C. J., and Dillard, P. J., concur.*

2